[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 11-13114

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUNE 4, 2012
JOHN LEY
CLERK

D. C. Docket No. 1:10-cr-00250-MEF-SRW-1

UNITED STATES OF AMERICA,

                                                          Plaintiff-Appellee,

    versus

ROMAN MORALES-BAIGEN,
a.k.a. Roman Morales-Baygen,
a.k.a. Daniel Morales,

                                                          Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Alabama

_____

(June 4, 2012)

Before DUBINA, Chief Judge, EDMONDSON, Circuit Judge, and RESTANI,* Judge.

_____

*Honorable Jane A. Restani, United States Court of International Trade Judge, sitting by designation.

PER CURIAM:

Roman Morales-Baigen appeals, following his conviction on one count of re-entering the United States without permission as a previously deported alien felon. By the time of his sentencing, Morales-Baigen had been deported seven times from the United States. He was sentenced to 36 months' imprisonment; he challenges his sentence as unreasonable.

We conclude that the objection made at sentencing is sufficient to challenge properly only the length of the sentence, that is, its substantive reasonableness. But we conclude that the sentence was neither substantively or procedurally unreasonable. We do not understand the sentencing judge to have found that Defendant had no employment other than the drug trade. And we note that the sentence was well below the statutory maximum.

AFFIRMED.